THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00081-MR-DLH

| | |
|---|---|
| SUSAN P. LEDFORD,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | **J U D G M E N T** |
| ) | |
| CAROLYN W. COLVIN,  ) | |
| Commissioner of Social Security  ) | |
| Administration,  ) | |
| ) | |
| Defendant.  ) | |
| _____  ) | |

**FOR THE REASONS** stated in the Memorandum of Decision and Order entered herewith,

**IT IS, THEREFORE, ADJUDGED, ORDERED, AND DECREED** that the Defendant's Motion for Summary Judgment is **DENIED**, and the Plaintiff's Motion for Summary Judgment is **GRANTED** to the extent that the Plaintiff seeks reversal of the Commissioner's decision denying her disability benefits after July 30, 2009. To the extent that the Plaintiff seeks an immediate award of benefits, the Plaintiff's Motion is **DENIED**.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence

Four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and this case is hereby **REMANDED** for further administrative proceedings consistent with this opinion.

Signed: April 9, 2014

Martin Reidinger
United States District Judge